IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAMARR DONALD, SR, and | § | |
| DIANE COTTRELL DONALD, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-02410 |
| | § | |
| METROPOLITAN LLOYDS | § | |
| INSURANCE COMPANY OF | § | |
| TEXAS, | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant's Motion for Leave for Filing First Amended Answer ("Motion") [Doc. # 15]. It is hereby

**ORDERED** that the Motion is **DENIED without prejudice** for failure to include a certificate of conference. *See* Hon. Nancy F. Atlas, Court Procedures and Forms, Rule 7(A)(2) ("Every non-dispositive motion must contain a certificate of conference. Failure to comply may result in the party's motion being denied or stricken.").

SIGNED at Houston, Texas, this 21st day of **December, 2018.**

P:\ORDERS\11-2018\2410MAm.docx 181221.1013

Nancy F. Atlas
United States District Judge